UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, on behalf of itself and all others similarly situated,<br>Plaintiff,<br>vs.<br>INTEGER HOLDINGS CORPORATION, JOSEPH W. DZIEDZIC, DIRON SMITH, and PAYMAN KHALES,<br>Defendants. | No. 1:25-cv-10251-JSR<br><br>Judge Jed S. Rakoff<br><br>CLASS ACTION |

**NOTICE OF WITHDRAWAL OF MOTION OF MASSACHUSETTS LABORERS' ANNUITY AND PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Massachusetts Laborers' Annuity and Pension Funds ("Massachusetts Laborers") hereby withdraws their Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.  *See* ECF No. 23.  Having reviewed the competing motion filed in the action, Massachusetts Laborers do not appear to have the largest financial interest.

This withdrawal shall have no impact on Massachusetts Laborers' membership in the putative class and their right to share in any recovery obtained for the benefit of class members, nor shall it impact Massachusetts Laborers' ability to serve as a representative party should the need arise.

DATED: February 13, 2026

Respectfully submitted,

/s/ *Francis P. McConville*

LABATON KELLER SUCHAROW LLP
Francis P. McConville
Connor C. Boehme
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
cboehme@labaton.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*