March 16, 2026

**VIA ECF**
Hon. Jed S. Rakoff
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 14B
New York, NY 10007-1312

   Re: *West Palm Beach Firefighters Pension Fund v. Integer Holdings Corp., et al.*, No.
     1:25-cv-10251 (S.D.N.Y.)

Dear Judge Rakoff:

   We represent Proposed Lead Plaintiff Pembroke Pines Pension Fund for Firefighters and
Police Officers ("Pembroke Pines F&P") in this putative class action arising under the Securities
Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the
"PSLRA"), 15 U.S.C. § 78u-4, against Defendants Integer Holdings Corp., Joseph W. Dziedzic,
Diron Smith, and Payman Khales (collectively, "Defendants").  We submit this letter pursuant to
Your Honor's offer during the March 11, 2026 hearing (the "Hearing") to consider additional
submissions regarding the appointment of counsel in this action.

   As detailed in Pembroke Pines F&P's Notice of Unopposed Motion (ECF No. 29),
Pembroke Pines F&P has the largest financial interest in the action, is the presumptive "most
adequate plaintiff" pursuant to the PSLRA, and should be appointed as Lead Plaintiff.  *Id.* at 2.
The only other movant, Massachusetts Laborers' Annuity and Pension Funds ("Massachusetts
Laborers"), withdrew their lead plaintiff motion (ECF No. 28), and as such, Pembroke Pines
F&P's motion is unopposed.  Because there is no opposition to Pembroke Pines F&P's lead
plaintiff motion, and because Pembroke Pines F&P meets all of the PSLRA's lead plaintiff
requirements, we respectfully request that the Court enter the proposed order (ECF No. 22)
appointing Pembroke Pines F&P as Lead Plaintiff.

   Pembroke Pines F&P also respectfully requests that the Court approve its selection of
Saxena White P.A. to serve as Lead Counsel for the Class.  ECF No. 22.  As Pembroke Pines
F&P's representative James Fisher testified during the Hearing, Pembroke Pines F&P has a great
working relationship with Saxena White given their past experience working together to resolve
other PSLRA litigation, including *City of Hollywood Police Officers' Retirement System v. Henry
Schein Inc.*, No. 19-cv-5530 (E.D.N.Y.) ($35 million recovery, with Pembroke Pines F&P
serving as co-lead plaintiff, and Saxena White serving as lead counsel); *Plymouth County
Retirement System v. Patterson Cos., Inc.*, No. 18-cv-0871 (D. Minn.) ($63 million recovery,
with Pembroke Pines F&P serving as co-lead plaintiff, and Saxena White serving as co-lead
counsel); and *In re HD Supply Holdings, Inc. Sec. Litig.*, No. 17-cv-2587 (N.D. Ga.) ($50 million
recovery, with Pembroke Pines F&P serving as co-lead plaintiff, and Saxena White serving as
lead counsel).  *See* ECF No. 20 at 12.  Thus, Saxena White has demonstrated its qualifications to
serve as Lead Counsel for the Class.  *See* ECF No. 20 at 13-15.

Page 2 of 3
Letter to Hon. Jed S. Rakoff

In addition, Pembroke Pines F&P respectfully requests that the Court approve its preference that Robert D. Klausner continue to serve as outside fiduciary counsel. However, in deference to the Court's concerns, and as offered during the Hearing, Mr. Klausner will not seek any attorneys' fees—directly or indirectly—awarded in this action.

As Lead Plaintiff, Pembroke Pines F&P would oversee Saxena White's work as Lead Counsel to ensure the Class's claims are vigorously and efficiently prosecuted without duplication of work or delay. With respect to Mr. Klausner, he has served as outside fiduciary counsel for Pembroke Pines F&P for over 40 years, including in *Henry Schein*, *Patterson*, and *HD Supply*. Given this history of past success, the Class would benefit from Mr. Klausner providing his complementary experience and substantive contributions—at no additional cost. As detailed during the Hearing, Mr. Klausner's services would include reviewing and commenting on pleadings, advancing the merits of the litigation, participating in discovery, and advising Pembroke Pines F&P with respect to mediation and settlement. The Class has already benefited from Mr. Klausner's participation, as Pembroke Pines F&P consulted with Mr. Klausner when conducting a comprehensive evaluation process to select counsel. Through that process, Pembroke Pines F&P determined that Saxena White is ideally suited to represent the Class as Lead Counsel in this action, and that Saxena White shall not seek more than 25% of any settlement as its fee, subject to the Court's discretion in awarding attorneys' fees.

To facilitate the Court's review of time and expense records in the event that a settlement is reached and a motion for attorneys' fees is submitted by Saxena White, Pembroke Pines F&P will ensure that Saxena White keeps detailed, contemporaneous time and expense records that include the name of the attorney, the amount of time spent on each activity, and the nature of the work performed. Pembroke Pines F&P, Saxena White, and Mr. Klausner understand that the Court has broad discretion to award attorneys' fees.

With respect to the schedule for filing an amended complaint and for briefing any motion to dismiss or response thereto, Saxena White and counsel for Defendants have conferred, and the parties respectfully request that the Court enter the following schedule:

- Amended Complaint – due no later than April 10, 2026;
- Motion(s) to Dismiss – due no later than May 1, 2026;
- Opposition to Motion(s) to Dismiss – due no later than May 21, 2026; and
- Reply in Further Support of Motion(s) to Dismiss – due no later than June 4, 2026.

Thank you for your attention to these matters.

Respectfully,

*/s/ Lester R. Hooker*
Lester R. Hooker

*Counsel for Proposed Plaintiff Lead*
*Plaintiff Pembroke Pines Pension*
*Fund for Firefighters and Police*

Page 3 of 3
Letter to Hon. Jed S. Rakoff

*Officers, and Proposed Lead*
*Counsel for the Class*

/s/ Robert D. Klausner
Robert D. Klausner

*Additional Counsel for Proposed*
*Plaintiff Lead Plaintiff Pembroke*
*Pines Pension Fund for Firefighters*
*and Police Officers*