UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEMBROKE PINES PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS, on behalf of itself and all others similarly situated, et al.<br><br>        Plaintiffs,<br><br>    -v-<br><br>INTEGER HOLDINGS CORP., JOSEPH W. DZIEDZIC, DIRON SMITH, and PAYMAN KHALES,<br><br>        Defendants. | 25-cv-10251 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Having appointed Pembroke Pines as lead plaintiff and its counsel, Saxena White, as lead counsel, the Court hereby adopts the following schedule with respect to the filing of an amended complaint and for briefing any motion to dismiss or response thereto:

- Amended Complaint to be filed no later than April 10, 2026;

- Motion(s) to Dismiss to be filed no later than May 1, 2026;

- Opposition to Motion(s) to Dismiss to be filed no later than May 21, 2026; and

- Reply in Further Support of Motion(s) to Dismiss to be filed no later than June 4, 2026

The Court will also hold argument on any Motion to Dismiss at 4:00 p.m. on Thursday, June 11, 2026, at 500 Pearl Street, Courtroom 14B.

1

The Clerk of Court is respectfully directed to close the motion at ECF No. 36 as moot.

SO ORDERED.

New York, NY
March 17, 2026

_____
JED S. RAKOFF, U.S.D.J.