UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEMBROKE PINES PENSION FUND FOR
FIREFIGHTERS AND POLICE OFFICERS, on
behalf of itself and all others similarly situated,

        Plaintiff,

    v.

INTEGER HOLDINGS CORP., JOSEPH W.
DZIEDZIC, DIRON SMITH, and PAYMAN
KHALES,

        Defendants.

No. 1:25-cv-10251-JSR

### NOTICE OF DEFENDANTS'
### MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Edmund Polubinski, and the exhibits annexed thereto, Defendants Integer Holdings Corporation, Joseph W. Dziedzic, Diron Smith, and Payman Khales will move this Court for an order dismissing with prejudice the Amended Complaint (ECF No. 41) pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4.  In accordance with the briefing schedule set by the Court (ECF No. 37), Plaintiff's opposition papers shall be filed and served on or before May 21, 2026, and Defendants' reply shall be filed and served on or before June 4, 2026.  The Court has scheduled oral argument on Defendants' motion for June 11, 2026, at 4:00 p.m. in Courtroom 14B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: May 1, 2026
New York, New York

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Edmund Polubinski*
Edmund Polubinski

Edmund Polubinski
Patrick Blakemore
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Email:  edmund.polubinski@davispolk.com
        patrick.blakemore@davispolk.com

*Attorneys for Defendants Integer Holdings*
*Corporation, Joseph W. Dziedzic, Diron*
*Smith, and Payman Khales*