UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEMBROKE PINES PENSION FUND FOR
FIREFIGHTERS AND POLICE OFFICERS, on
behalf of itself and all others similarly situated,

Plaintiff,

v.

No. 1:25-cv-10251-JSR

INTEGER HOLDINGS CORP., JOSEPH W.
DZIEDZIC, DIRON SMITH, and PAYMAN
KHALES,

Defendants.

**DECLARATION OF EDMUND POLUBINSKI IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Edmund Polubinski, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am an attorney admitted to practice before this Court, and I am a partner at
Davis Polk & Wardwell LLP, counsel in the above-captioned matter for Defendants Integer
Holdings Corporation ("Integer"), Joseph W. Dziedzic, Diron Smith, and Payman Khales
(together with Integer, "Defendants").  I submit this declaration in support of Defendants'
Motion to Dismiss Plaintiff's Amended Complaint (the "AC").

2.      Annexed hereto as Exhibit 1 is a true and correct copy of excerpts of the annual
report for the fiscal year ended December 31, 2024 that Integer filed with the United States
Securities and Exchange Commission ("SEC") on Form 10-K on February 20, 2025.  It is
publicly available on the SEC's website at:
https://www.sec.gov/Archives/edgar/data/1114483/000111448325000077/a2024integerholdingsc
orpor.pdf.  Exhibit 1 is incorporated by reference in the AC at Paragraphs 30 and 31.

1

3.      Annexed hereto as Exhibit 2 is a true and correct copy of the transcript of Integer's October 23, 2025 earnings call for the third quarter of 2025, published by S&P Global Market Intelligence.  Exhibit 2 is incorporated by reference in the AC at Paragraphs 58, 59, 60, 65, 68, 165, and 170.

4.      Annexed hereto as Exhibit 3 is a true and correct copy of excerpts of the quarterly report for the second quarter of 2024 that Integer filed with the SEC on Form 10-Q on July 25, 2024.  It is publicly available on the SEC's website at:

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001114483/000111448324000114/itgr-20240628.htm.

5.      Annexed hereto as Exhibit 4 is a true and correct copy of excerpts of the quarterly report for the second quarter of 2025 that Integer filed with the SEC on Form 10-Q on July 24, 2025.  It is publicly available on the SEC's website at:

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001114483/000111448325000131/itgr-20250627.htm.

6.      Annexed hereto as Exhibit 5 is a true and correct copy of the transcript of Integer's July 25, 2024 earnings call for the second quarter of 2024, published by S&P Global Market Intelligence.  Exhibit 5 is incorporated by reference in the AC at Paragraphs 36, 41, 42, 109, 110, 111, and 114.

7.      Annexed hereto as Exhibit 6 is a true and correct copy of the transcript of Integer's February 20, 2025 earnings call for the fourth quarter of 2024, published by S&P Global Market Intelligence.  Exhibit 6 is incorporated by reference in the AC at Paragraphs 127, 129, and 130.

8.    Annexed hereto as Exhibit 7 is a true and correct copy of the transcript of Integer's April 24, 2025 earnings call for the first quarter of 2025, published by S&P Global Market Intelligence.  Exhibit 7 is incorporated by reference in the AC at Paragraphs 5, 48, 137, 138, 139, 141, and 142.

9.    Annexed hereto as Exhibit 8 is a true and correct copy of the transcript of Integer's July 24, 2025 earnings call for the second quarter of 2025, published by S&P Global Market Intelligence.  Exhibit 8 is incorporated by reference in the AC at Paragraphs 9, 55, 147, 148, and 149.

10.    Annexed hereto as Exhibit 9 is a true and correct copy of the earnings press release for the second quarter of 2024 that Integer filed with the SEC on Form 8-K on July 25, 2024.  It is publicly available on the SEC's website at: https://www.sec.gov/Archives/edgar/data/0001114483/000117184324004129/exh_991.htm. Exhibit 9 is incorporated by reference in the AC at Paragraph 109.

11.    Annexed hereto as Exhibit 10 is a true and correct copy of the earnings press release for the third quarter of 2024 that Integer filed with the SEC on Form 8-K on October 24, 2024.  It is publicly available on the SEC's website at: https://www.sec.gov/Archives/edgar/data/1114483/000117184324005802/exh_991.htm.  Exhibit 10 is incorporated by reference in the AC at Paragraph 118.

12.    Annexed hereto as Exhibit 11 is a true and correct copy of the transcript of Integer's October 24, 2024 earnings call for the third quarter of 2024, published by S&P Global Market Intelligence.  Exhibit 11 is incorporated by reference in the AC at Paragraphs 45, 118, 119, 120, and 121.

3

13.     Annexed hereto as Exhibit 12 is a true and correct copy of the transcript of Medtronic's November 19, 2024 earnings call for the second quarter of 2025, published by Bloomberg.  Exhibit 12 is incorporated by reference in the AC at Paragraph 77.

14.     Annexed hereto as Exhibit 13 is a true and correct copy of excerpts of the annual report for the fiscal year ended December 31, 2025 that Integer filed with the SEC on Form 10-K on February 23, 2026.  It is publicly available on the SEC's website at: https://www.sec.gov/ix?doc=/Archives/edgar/data/0001114483/000111448326000003/gb-20251231.htm.

15.     Annexed hereto as Exhibit 14 is a true and correct copy of excerpts of the quarterly report for the third quarter of 2024 that Integer filed with the SEC on Form 10-Q on October 24, 2024.  It is publicly available on the SEC's website at: https://www.sec.gov/ix?doc=/Archives/edgar/data/0001114483/000111448324000127/itgr-20240927.htm.

16.     Annexed hereto as Exhibit 15 is a true and correct copy of the earnings press release for the first quarter of 2025 that Integer filed with the SEC on Form 8-K on April 24, 2025.  It is publicly available on the SEC's website at: https://www.sec.gov/Archives/edgar/data/1114483/000117184325002464/exh_991.htm.  Exhibit 15 is incorporated by reference in the AC at Paragraphs 48, 51, 137, and 138.

17.     Annexed hereto as Exhibit 16 is a true and correct copy of the statement of changes in beneficial ownership that Payman Khales filed with the SEC on Form 4 on February 25, 2025.  It is publicly available on the SEC's website at: https://www.sec.gov/Archives/edgar/data/1114483/000111448325000044/xslF345X05/wk-form4_1740521797.xml.

18.     Annexed hereto as Exhibit 17 is a true and correct copy of the statement of changes in beneficial ownership that Diron Smith filed with the SEC on Form 4 on February 25, 2025.  It is publicly available on the SEC's website at:

https://www.sec.gov/Archives/edgar/data/1114483/000111448325000045/xslF345X05/wk-form4_1740521808.xml.

19.     Annexed hereto as Exhibit 18 is a true and correct copy of excerpts of the quarterly report for the second quarter of 2026 that Medtronic filed with the SEC on Form 10-Q on November 25, 2025.  It is publicly available on the SEC's website at:

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001613103/000162828025053988/mdt-20251024.htm.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 1, 2026
New York, New York

/s/ Edmund Polubinski
Edmund Polubinski