UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEMBROKE PINES PENSION FUND
FOR FIREFIGHTERS AND POLICE
OFFICERS, individually and on
behalf of all others
similarly situated,

        Plaintiff,

  -v-

INTEGER HOLDINGS CORPORATION,
JOSEPH W. DZIEDZIC, DIRON
SMITH, and PAYMAN KHALES,

        Defendants.

---

25-cv-10251 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is defendants' motion to dismiss the complaint. Upon careful consideration of the parties' briefs and the arguments presented by counsel, the Court hereby grants the motion. An Opinion setting forth the reasons for this Order will issue in due course.

SO ORDERED.

New York, NY
June 18, 2026

JED S. RAKOFF, U.S.D.J.

1