**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PEMBROKE PINES PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGER HOLDINGS CORPORATION, JOSEPH W. DZIEDZIC, DIRON SMITH, and PAYMAN KHALES,<br><br>Defendants. | No. 1:25-cv-10251-JSR |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff Pembroke Pines Pension Fund for Firefighters and Police Officers ("Plaintiff"), appeals to the United States Court of Appeals for the Second Circuit, from each and every part of the Order entered on June 22, 2026 (ECF No. 47), which granted Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

Dated: July 22, 2026

Respectfully submitted,

**SAXENA WHITE P.A.**

By: *<u>/s/ Steven B. Singer</u>*
Steven B. Singer
Joshua H. Saltzman
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com

Maya Saxena
Lester R. Hooker

7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
msaxena@saxenawhite.com
lhooker@saxenawhite.com

David R. Kaplan
Emily Bishop
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096
dkaplan@saxenawhite.com
ebishop@saxenawhite.com

*Counsel for Lead Plaintiff and*
*Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

Respectfully submitted,

*/s/ Steven B. Singer*
Steven B. Singer