# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of September, two thousand twenty-six.

Before: José A. Cabranes,
*Circuit Judge.*

---

| | |
|---|---|
| Pembroke Pines Pension Fund for Firefighters and Police Officers, individually and on behalf of all others similarly situated, | **ORDER** |
| | Docket No. 26-2000 |
| Lead Plaintiff - Appellant, | |
| v. | |
| Integer Holdings Corporation, Joseph W. Dziedzic, Diron Smith, Payman Khales, | |
| Defendants - Appellees. | |

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** ______
**DATE FILED:** 9/4/2026

---

Appellant moves the Court to hold this appeal in abeyance pending entry of final judgment by the district court.

IT IS HEREBY ORDERED that the motion is GRANTED, absent opposition.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

CERTIFIED COPY ISSUED ON 09/04/2026