**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

PEMBROKE PINES PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

25 **CIVIL** 10251 (JSR)

# <u>JUDGMENT</u>

INTEGER HOLDINGS CORP., et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 19, 2026, the motion to dismiss was granted. Because plaintiff has already amended its complaint and because there is no suggestion that plaintiff could cure the deficiencies identified above, the dismissal is with prejudice.

**Dated:** New York, New York

October 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. mango

**Deputy Clerk**